# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 20-1721V
UNPUBLISHED

| | |
|---|---|
| JEANILLE GATTA, | Chief Special Master Corcoran |
| Petitioner, | |
| v. | Filed: April 15, 2022 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Special Processing Unit (SPU); Ruling on Entitlement; Concession; Table Injury; Influenza (Flu); Shoulder Injury Related to Vaccine Administration (SIRVA). |
| Respondent. | |

*Maximillian J. Muller, Muller Brazil, LLP, Dresher, PA*, for Petitioner.

*Mark Kim Hellie, U.S. Department of Justice, Washington, DC*, for Respondent.

### **RULING ON ENTITLEMENT**[1]

On December 1, 2020, Jeanille Gatta filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleged that she suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of the influenza ("flu") vaccine administered on October 8, 2019. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On April 15, 2022, Respondent filed a combined Rule 4(c) Report and Proffer in which he concedes that Petitioner is entitled to compensation in this case. Rule 4(c) Report and Proffer. Specifically, the records show that Petitioner had no history of pain, inflammation, or dysfunction of her left shoulder; Petitioner's pain occurred within 48

---

[1] Because this unpublished opinion contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the opinion will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

hours after receipt of an intramuscular vaccination; and her left shoulder pain and reduced range of motion were limited and not explained by another identified condition or abnormality. *Id.* at 4-5. Respondent further agrees that Petitioner has satisfied the Act's other statutory and jurisdictional requirements. *Id.* at 6.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master